Fill in this information to identify the case:

United States Bankruptcy Court for the:

Southern District of New York

Case number (*If known*): _____ Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | |
|---|---|
| 1. **Debtor's name** | Casual 21 USA Corp |
| 2. **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | |
| 3. **Debtor's federal Employer Identification Number** (EIN) | 85-4068073 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 23 Roosevelt Ave | |
| Number      Street | Number      Street |
| | P.O. Box |
| Woodridge _____  NY  12789 | |
| City      State    ZIP Code | City      State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Sullivan County | |
| County | Number      Street |
| | |
| | City      State    ZIP Code |

| | |
|---|---|
| 5. **Debtor's website** (URL) | https://www.casual21.com/ |
| 6. **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ |

| Debtor | Casual 21 USA Corp | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

4581

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

☑ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
      MM / DD / YYYY

District _____ When _____ Case number _____
      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
      MM  /  DD  / YYYY

Case number, if known _____

| Debtor | Casual 21 USA Corp | Case number (if known) |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                      State          ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Casual 21 USA Corp | Case number (if known) |
|--------|-------------------|------------------------|
|        | Name              |                        |

**16. Estimated liabilities**

- ☐ $0–$50,000
- ☐ $50,001–$100,000
- ☐ $100,001–$500,000
- ☐ $500,001–$1 million
- ☑ $1,000,001–$10 million
- ☐ $10,000,001–$50 million
- ☐ $50,000,001–$100 million
- ☐ $100,000,001–$500 million
- ☐ $500,000,001–$1 billion
- ☐ $1,000,000,001–$10 billion
- ☐ $10,000,000,001–$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  08/15/2025
           MM   / DD / YYYY

✖ /s/ Asher Horowitz
Signature of authorized representative of debtor

Asher Horowitz
Printed name

Title  CFO

**18. Signature of attorney**

✖ /s/ Adrienne Woods
Signature of attorney for debtor

Date  08/15/2025
      MM   / DD / YYYY

Adrienne Woods
Printed name

WZMP Weinberg Zareh Malkin Price LLP
Firm name

45 Rockefeller Plaza, 20th Floor
Number        Street

New York
City

NY
State

10111
ZIP Code

212-899-5470
Contact phone

awoods@wzmplaw.com
Email address

4356770
Bar number

NY
State

| **Fill in this information to identify the case:** |
| Debtor name _____Casual 21 USA Corp_____ |
| United States Bankruptcy Court for the: __Southern District of New York__ |
| Case number (If known): _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 Nuchem Liefer 202 Skillman Brooklyn, NY, 11205 | | Monies Loaned/Advanced | | | | 1,000,000.00 |
| 2 Joel Zupnick 789 Bedford Ave #1A Brooklyn, NY, 11205 | | Monies Loaned/Advanced | | | | 300,000.00 |
| 3 Prestige Point Design inc 4819 11th Ave Brooklyn, NY, 11219 | | Monies Loaned/Advanced | | | | 149,975.00 |
| 4 DHL 2700 S. Commerce Parkway Suite 300 Weston, FL, 33331 | | Suppliers or Vendors | | | | 10,500.00 |
| 5 Chubb insurance PO Box 382001 Pitttsburgh, PA, 15250 | | Utility Services | | | | 7,291.46 |
| 6 Shaindy Jacob 2 Preshburg Blvd #201 Monroe, NY, 10950 | | Wages, Salaries, Commissions | | | | 4,320.00 |
| 7 Carlos Granados 357 Mountaindale Rd Apt 32 Woodridge, NY, 12789 | | Wages, Salaries, Commissions | | | | 3,975.40 |
| 8 Jorge A Granados 29 Broadway Woodridge, NY, 12789 | | Wages, Salaries, Commissions | | | | 3,806.88 |

| Debtor | Casual 21 USA Corp | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Rise Up Office Rental 2 Stonegate Dr Monroe, NY, 10950 | | Other - Commercial Office Lease | | | | 3,000.00 |
| 10 | Daniel Osorio 29 Broadway Apt 2 Woodridge, NY, 12789 | | Wages, Salaries, Commissions | | | | 2,903.36 |
| 11 | Armando A Grandados PO Box 1079 Woodridge, NY, 12789 | | Wages, Salaries, Commissions | | | | 2,813.20 |
| 12 | Santos Granados PO Box 1079 Woodridge, NY, 12789 | | Wages, Salaries, Commissions | | | | 2,796.20 |
| 13 | Monday.com 225 Park Ave South New York, NY, 10003 | | Suppliers or Vendors | | | | 1,900.00 |
| 14 | Optimum 1111 Steard Ave Bethpage, NY, 11717 | | Utilities | | | | 697.00 |
| 15 | Solid Commerce 12021 Wilshire Blvd , Suite 530 Los Angeles, CA, 90025 | | Suppliers or Vendors | | | | 550.00 |
| 16 | Wells Fargo PO Box 77101 Minneapolis, MN, 55480 | | Lease | | | | 520.74 |
| 17 | Spectrum 4145 S Falkenburg Rd Riverview, FL, 33578 | | Utilities | | | | 458.00 |
| 18 | JS Security 38 Ellish Parkway Spring Valley, NY, 10977 | | Suppliers or Vendors | | | | 390.15 |
| 19 | Hivelocity 8010 Woodland Center Blvd, Suite 700 Tampa, FL, 33614 | | Suppliers or Vendors | | | | 305.00 |
| 20 | Ecomengine 14321 Winter Breeze Dr Suite 121 Midlothian, VA, 23113 | | Suppliers or Vendors | | | | 299.98 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case and this filing:</strong></td></tr>
</table>

Debtor Name ___Casual 21 USA Corp_____

United States Bankruptcy Court for the: __Southern District of New York___

Case number (*If known*): _____

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors     **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☑ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* ____
- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  __08/15/2025__          ✘ /s/ Asher Horowitz _____
　　　　　　　　MM / DD / YYYY                      Signature of individual signing on behalf of debtor

　　　　　　　　　　　　　　　　　　　Asher Horowitz _____
　　　　　　　　　　　　　　　　　　　Printed name

　　　　　　　　　　　　　　　　　　　CFO _____
　　　　　　　　　　　　　　　　　　　Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name __Casual 21 USA Corp__

United States Bankruptcy Court for the: __Southern District of New York__

Case number (If known): _____

☐ Check if this is an amended filing

__Official Form 206D__

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

1.  **Do any creditors have claims secured by debtor's property?**
    ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
    ☐ Yes. Fill in all of the information below.

2.  **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
|---|---|---|---|
|  | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|
| Cooper Investments LLC | UCC - A/Rs - 5th Priority |

Column A: $ 160,312.00
Column B: $ Undetermined

**Creditor's mailing address**
335 NE 61st St
Miami, FL 33137

**Creditor's email address, if known**
_____

Date debt was incurred __04/03/25__
Last 4 digits of account number

**Describe the lien**
Agreement you made, MCA/Revenue Purch

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

Listed Above

**2.2**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|
| EBF LLC d/b/a Everest Business Funding | A/R - 7th Priority |

Column A: $147,479.50
Column B: $Undetermined

**Creditor's mailing address**
8200 NW 52nd Terrace
2nd Floor, Doral, FL 33166

**Creditor's email address, if known**
_____

Date debt was incurred _____
Last 4 digits of account number

**Describe the lien**
Agreement you made, MCA, Revenue Base

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

Listed Above

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $ 622,176.97

Debtor _____
Casual 21 USA Corp
Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.3** Creditor's name
Ondeck - ODK Capital LLC

Creditor's mailing address

4700 W. Daybreak Pkwy
Suite 200, South Jordan, UT 84009

Creditor's email address, if known

Date debt was incurred   12/11/24
Last 4 digits of account number   0888

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor,

Listed Above

Describe debtor's property that is subject to a lien
Blanket UCC - 1st Priority

$20,959.62    $Unknown

Describe the lien
Agreement you made,

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**2.4** Creditor's name
Parafin Inc.

Creditor's mailing address

301 Howard Street
Suite 1500, San Francisco, CA 94105

Creditor's email address, if known

Date debt was incurred   03/23/25
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor,

Listed Above

Describe debtor's property that is subject to a lien
UCC - A/R 3rd Priority

$29,339.93    $ Undetermined

Describe the lien
Agreement you made, MCA,

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Debtor   Casual 21 USA Corp
     Name

Case number *(if known)*_____

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** | **Creditor's name**
Parkview Advance LLC

**Describe debtor's property that is subject to a lien**

UCC A/R - 6th Priority

$147,700.00     $Undetermined

**Creditor's mailing address**

600 Summer Street
Stamford, CT 06901

**Creditor's email address, if known**

_____

**Date debt was incurred**   05/07/2025
**Last 4 digits of account number** _____

**Describe the lien**

Agreement you made, MCA,

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

Listed Above

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

**2.6** | **Creditor's name**
WebBank c/o CanCap Capital Inc.

**Describe debtor's property that is subject to a lien**

Blanket UCC 2nd Priority

$16,385.92     $ 0.00

**Creditor's mailing address**

1850 Parkway Place
Suite 1150, Marietta, GA 30067

**Creditor's email address, if known**

_____

**Date debt was incurred**   12/11/24
**Last 4 digits of account number**   1699

**Describe the lien**

Agreement you made, Blanket UCC

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor,

Listed Above

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| Debtor | Casual 21 USA Corp | Case number (if known)_____ |
|---|---|---|
| | Name | |

| Part 1: | Additional Page | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.7** Creditor's name
Webster Bank

_____

**Creditor's mailing address**

PO Box 191
Waterbury, CT 06720

_____

**Creditor's email address, if known**

_____

Date debt was incurred   02/26/25
Last 4 digits of account
number                          9102

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor,

| Listed Above |
|---|

**Describe debtor's property that is subject to a lien**

Blanket UCC - 3rd Priority - all assets, excepts A/R - 4th Priority

$100,000.00     $Undetermined

**Describe the lien**

Agreement you made, SBA Loan, 3rd Priorit

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.___** Creditor's name

_____

**Creditor's mailing address**

_____
_____

**Creditor's email address, if known**

_____

Date debt was incurred   _____
Last 4 digits of account
number                          _____

Do multiple creditors have an interest in the same property?
☐ No
☐ Yes. Have you already specified the relative priority?
   ☐ No. Specify each creditor, including this creditor, and its relative priority.

| |
|---|

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

$_____     $_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    Casual 21 USA Corp _____    Case number (if known)_____
          Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Ace. Recovery Group<br>99 Wall Street #4890<br>New York, NY, 10005 | Line 2. _1_ | _____ |
| U.S. Small Business Association<br>26 Federal Plaza, Room 3100<br>District Counsel, New York District Office<br>New York, NY, 10278 | Line 2. _7_ | _____ |
| Walmart c/o C T Corporation System<br>28 Liberty Street FL 42<br>Major Account Team 2<br>New York, NY, 10005 | Line 2. _1_ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |
| | Line 2. ___ | _____ |

**Fill in this information to identify the case:**

Debtor    Casual 21 USA Corp

United States Bankruptcy Court for the:   Southern District of New York

Case number
(if known)   _____

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Armando A Grandados<br>PO Box 1079<br>Woodridge, NY 12789 | As of the petition filing date, the claim is: $ 2,813.20<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 2,813.20 |
|  | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions |  |
|  | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) |  |  |
| **2.2** | **Priority creditor's name and mailing address**<br>Asher Horowitz<br>75 Seven Springs Road<br>Monroe, NY 10950 | As of the petition filing date, the claim is: $ 20,000.00<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 17,150.00 |
|  | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions |  |
|  | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) |  |  |
| **2.3** | **Priority creditor's name and mailing address**<br>Carlos Granados<br>357 Mountaindale Rd<br>Apt 32<br>Woodridge, NY 12789 | As of the petition filing date, the claim is: $ 3,975.40<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $ 3,975.40 |
|  | **Date or dates debt was incurred**<br>_____ | **Basis for the claim:**<br>Wages, Salaries, Commissions |  |
|  | **Last 4 digits of account number** _____ | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 4 ) |  |  |

| Debtor | Casdal 21 USA Corp | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2"></td><td>Total claim</td><td>Priority amount</td></tr>
</table>

**Part 1.**   **Additional Page**

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Total claim**    **Priority amount**

---

**2.⁴**  **Priority creditor's name and mailing address**
Celest Ibarra
1934 Old Rt 17
Roscoe, NY 12776

$ 276.32        $ 276.32

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁵**  **Priority creditor's name and mailing address**
Daniel Osorio
29 Broadway
Apt 2
Woodridge, NY 12789

$ 2,903.36        $ 2,903.36

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁶**  **Priority creditor's name and mailing address**
Devory Weisz
12 Quickway Road
#401
Monroe, NY 10950

$ 4,800.00        $ 4,800.00

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

**Basis for the claim:**
Wages, Salaries, Commissions

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.⁷**  **Priority creditor's name and mailing address**
Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

$ 0.00        $ _____

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Last 4 digits of account number** _____

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

**Basis for the claim:**
Taxes & Other Government Units

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Casdal 21 USA Corp | Case number *(if known)* |
|---|---|---|
| | Name | |

**Part 1.**   Additional Page

| | Total claim | Priority amount |
|---|---|---|
| **Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.** | | |

---

**2.8**   **Priority creditor's name and mailing address**
Jorge A Granados
29 Broadway
Woodridge, NY 12789

Total claim: $ 3,806.88          Priority amount: $ 3,806.88

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.9**   **Priority creditor's name and mailing address**
NY State Dept of Taxation & Finance Bankruptcy
Section
PO Box 5300
Albany, NY 12205

Total claim: $ 0.00          Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.10**   **Priority creditor's name and mailing address**
NYS Department of Labor
P.O. Box 551
Albany, NY 12201

Total claim: $ 0.00          Priority amount: $

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Taxes & Other Government Units

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 8 )**

---

**2.11**   **Priority creditor's name and mailing address**
Santos Granados
PO Box 1079
Woodridge, NY 12789

Total claim: $ 2,796.20          Priority amount: $ 2,796.20

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

Debtor    Casdai 21 USA Corp
          Name
          Case number *(if known)*

| Part 1. | Additional Page |
|---------|-----------------|

| | | Total claim | Priority amount |
|---|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | | |

**2.** ¹² **Priority creditor's name and mailing address**

Shaindy Jacob
2 Preshburg Blvd
#201
Monroe, NY 10950

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 4,320.00          $ 4,320.00

**Date or dates debt was incurred**
_____

**Basis for the claim:**
Wages, Salaries, Commissions

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( 4 )**

---

**2.** ____ **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____          $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ____ )**

---

**2.** ____ **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____          $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ____ )**

---

**2.** ____ **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ _____          $ _____

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ( ____ )**

Debtor  Casual 2 USA Corp
        Name                                                    Case number (if known) _____

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**
Charter Communications
400 Washington Blvd
Stamford, CT 6902

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 225.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Chubb insurance
PO Box 382001
Pitttsburgh, PA 15250

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Utility Services

$ 7,291.46

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
DHL
2700 S. Commerce Parkway
Suite 300
Weston, FL 33331

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 10,500.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Ecomengine
14321 Winter Breeze Dr
Suite 121
Midlothian, VA 23113

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Suppliers or Vendors

$ 299.98

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Frontier
401 Merritt
7
Norwalk, CT 06851

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Utilities

$ 285.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
H and B Wear
1170 Route 17 M
Suite 4
Chester, NY 10918

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    Credit Card Debt

$ 39,000.00

Date or dates debt was incurred    _____

Last 4 digits of account number    _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3._7_** Nonpriority creditor's name and mailing address

Hivelocity
8010 Woodland Center Blvd,
 Suite 700
Tampa, FL 33614

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 305.00

---

**3._8_** Nonpriority creditor's name and mailing address

Joel Zupnick
789 Bedford Ave
#1A
Brooklyn, NY 11205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned/Advanced

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 300,000.00

---

**3._9_** Nonpriority creditor's name and mailing address

JS Security
38 Ellish Parkway
Spring Valley, NY 10977

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 390.15

---

**3._10_** Nonpriority creditor's name and mailing address

Monday.com
225 Park Ave South
New York, NY 10003

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Suppliers or Vendors

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,900.00

---

**3._11_** Nonpriority creditor's name and mailing address

Nuchem Liefer
202 Skillman
Brooklyn, NY 11205

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Monies Loaned/Advanced

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,000,000.00

Debtor  Casual 2 Fresh Corp
        Name                                            Case number *(if known)*_____

---

**Part 2:**   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** Nonpriority creditor's name and mailing address

Optimum
1111 Steard Ave
Bethpage, NY 11717

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 697.00

Basis for the claim: Utilities

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.13** Nonpriority creditor's name and mailing address

Prestige Point Design inc
4819 11th Ave
Brooklyn, NY 11219

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 149,975.00

Basis for the claim: Monies Loaned/Advanced

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.14** Nonpriority creditor's name and mailing address

Rise Up Office Rental
2 Stonegate Dr
Monroe, NY 10950

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 3,000.00

Basis for the claim: Other - Commercial Office Lease

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.15** Nonpriority creditor's name and mailing address

Saphire Ventures
681 Chestnut Ridge Rd,
Spring Valley, NY 10977

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 59,829.00

Basis for the claim: Other - Commercial Warehouse Lease

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

**3.16** Nonpriority creditor's name and mailing address

Solid Commerce
12021 Wilshire Blvd ,
Suite 530
Los Angeles, CA 90025

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 550.00

Basis for the claim: Suppliers or Vendors

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor    25-35882-kyp    Doc 1    Filed 08/15/25    Entered 08/15/25 16:34:11    Main Document
Casual 2 Plus, Corp
Name
Pg 20 of 25
Case number *(if known)*_____

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.** 17    **Nonpriority creditor's name and mailing address**

Spectrum
4145 S Falkenburg Rd
Riverview, FL 33578

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 458.00

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.** 18    **Nonpriority creditor's name and mailing address**

Wells Fargo
PO Box 77101
Minneapolis, MN 55480

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 520.74

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.____**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.____**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

Date or dates debt was incurred _____
Last 4 digits of account number _____

---

**3.____**    **Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

$_____

Date or dates debt was incurred _____
Last 4 digits of account number _____

Debtor _____    Case number _(if known)_____
        Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 45,691.36 |
| 5b. **Total claims from Part 2** | 5b. + | $ 1,575,226.33 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,620,917.69 |

**Fill in this information to identify the case:**

Debtor name _Casual 21 USA Corp_

United States Bankruptcy Court for the: _Southern District of New York_

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.1 Chanie Horowitz | 75 Seven Springs Road Monroe, NY 10950 | Cooper Investments LLC | ☑ D ☐ E/F ☐ G |
| 2.2 Chanie Horowitz | 75 Seven Springs Road Monroe, NY 10950 | Parkview Advance LLC | ☑ D ☐ E/F ☐ G |
| 2.3 Chanie Horowitz | 75 Seven Springs Road Monroe, NY 10950 | WebBank c/o CanCap Ca | ☑ D ☐ E/F ☐ G |
| 2.4 Chanie Horowitz | 75 Seven Springs Road Monroe, NY 10950 | Ondeck - ODK Capital LL( | ☑ D ☐ E/F ☐ G |
| 2.5 Chanie Horowitz | 75 Seven Springs Road Monroe, NY 10950 | Webster Bank | ☑ D ☐ E/F ☐ G |
| 2.6 | | | ☐ D ☐ E/F ☐ G |

Ace. Recovery Group
99 Wall Street #4890
New York, NY 10005

Armando A Grandados
PO Box 1079
Woodridge, NY 12789

Asher Horowitz
75 Seven Springs Road
Monroe, NY 10950

Carlos Granados
357 Mountaindale Rd
Apt 32
Woodridge, NY 12789

Celest Ibarra
1934 Old Rt 17
Roscoe, NY 12776

Chanie Horowitz
75 Seven Springs Road
Monroe, NY 10950

Charter Communications
400 Washington Blvd
Stamford, CT 6902

Chubb insurance
PO Box 382001
Pitttsburgh, PA 15250

Cooper Investments LLC
335 NE 61st St
Miami, FL 33137

Cooper Investments LLC
1110 South Avenue, Suite 100
c/o Steven D. Schwartzman Esq
Staten Island, NY 10314

Daniel Osorio
29 Broadway
Woodridge, NY 12789

Devory Weisz
12 Quickway Road
Monroe, NY 10950

DHL
2700 S. Commerce Parkway
Suite 300
Weston, FL 33331

EBF LLC d/b/a Everest Business Funding
8200 NW 52nd Terrace
2nd Floor
Doral, FL 33166

Ecomengine
14321 Winter Breeze Dr
Suite 121
Midlothian, VA 23113

Frontier
401 Merritt
7
Norwalk, CT 06851

H and B Wear
1170 Route 17 M
Suite 4
Chester, NY 10918

Hivelocity
8010 Woodland Center Blvd,
Tampa, FL 33614

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

Joel Zupnick
789 Bedford Ave
Brooklyn, NY 11205

Jorge A Granados
29 Broadway
Woodridge, NY 12789

JS Security
38 Ellish Parkway
Spring Valley, NY 10977

Monday.com
225 Park Ave South
New York, NY 10003

Nuchem Liefer
202 Skillman
Brooklyn, NY 11205

NY State Dept of Taxation & Finance Bankruptc
PO Box 5300
Albany, NY 12205

NYS Department of Labor
P.O. Box 551
Albany, NY 12201

Ondeck - ODK Capital LLC
4700 W. Daybreak Pkwy
Suite 200
South Jordan, UT 84009

Optimum
1111 Steard Ave
Bethpage, NY 11717

Parafin Inc.
301 Howard Street
San Francisco, CA 94105

Parkview Advance LLC
600 Summer Street
Stamford, CT 06901

PARKVIEW ADVANCE LLC
c/o 167 Madison Ave, Ste 205
Rickin Desai, Esq.
New York, NY 10016

Prestige Point Design inc
4819 11th Ave
Brooklyn, NY 11219

Rise Up Office Rental
2 Stonegate Dr
Monroe, NY 10950

Santos Granados
PO Box 1079
Woodridge, NY 12789

Saphire Ventures
681 Chestnut Ridge Rd,
Spring Valley, NY 10977

Shaindy Jacob
2 Preshburg Blvd
Monroe, NY 10950

Solid Commerce
12021 Wilshire Blvd ,
Suite 530

Spectrum
4145 S Falkenburg Rd
Riverview, FL 33578

U.S. Small Business Association
26 Federal Plaza, Room 3100
District Counsel, New York District Offi
New York, NY 10278

Walmart c/o C T Corporation System
28 Liberty Street FL 42
Major Account Team 2
New York, NY 10005

WebBank c/o CanCap Capital Inc.
1850 Parkway Place
Suite 1150
Marietta, GA 30067

Webster Bank
PO Box 191
Waterbury, CT 06720

Wells Fargo
PO Box 77101
Minneapolis, MN 55480

United States Bankruptcy Court

Southern District of New York


In re: Casual 21 USA Corp

Case No.

Chapter    11

Debtor(s)


**Verification of Creditor Matrix**


The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.


Date: _____08/15/2025_____

/s/ Asher Horowitz
_____
Signature of Individual signing on behalf of debtor


CFO
_____
Position or relationship to debtor